# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENNIE POWELL JR.,<br><br>Defendant. | Case No.: CR 21-00070 RS<br><br>**DECLARATION OF SHANANI POWELL (NÉE BARDELL) IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS** |

I, Shanani Powell (née Bardell), declare the following:

1. I am the wife of Bennie Powell, Jr.

2. In November 2019, Mr. Powell and I lived at 1001 Spyglass Parkway in Vallejo, CA.

3. I own the Infiniti SUV searched by law enforcement on November 22, 2019.

4. I regularly gave Mr. Powell permission to use the Infiniti SUV before he was arrested.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on November 23, 2021, in Richmond, California.

/S _[signature]_
_____
SHANANI POWELL (NÉE BARDELL)